Frank Serrano, Plaintiff-Appellant, v. Omar Midyett, Trading as Midwest Flyers School of Aviation, Defendant-Appellee.

Term No. 53–F–10.

Chapman & Wiseman, John Dufner, and Leonard J. Dunn, for appellant; Kramer, Campbell, Costello & Wiechert, for appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full. Opinion filed May 20, 1953; released for publication June 10, 1953.